ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 11-10565 PA (FMOx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $60,100.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| HILDA GOMEZ, | ) |
| Claimant. | ) |

This action was filed on December 21, 2011 against defendant $60,100.00 in U.S. currency (the "defendant currency"). Notice was given and published in accordance with

1

law. On May 21, 2012, claimant Hilda Gomez ("Gomez") filed a verified claim to the defendant currency. Plaintiff United States of America and Gomez have reached an agreement that is dispositive of the action. No other parties have appeared and the time for filing claims and answers has expired. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Gomez are deemed to have admitted the allegations of the Complaint. Gomez is relieved of her obligation to file an answer in this matter. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $54,100.00 of the defendant currency, together with all interest earned by the government on the defendant currency and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $6,000.00, without interest, shall be returned to Gomez. The funds to be returned to Gomez shall be paid to Gomez by wire transfer to an account designated by Gomez. Gomez shall provide any and all information needed to process the return of these funds according to federal law.

5.   Gomez hereby releases the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Gomez, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7.   The Court further finds that Gomez did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: September 4, 2012

THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

**[Signatures appear on next page.]**

**CONSENT**

The parties hereto consent to the above judgment and waive any right of appeal.

```
DATED: August 15, 2012    ANDRÉ BIROTTE JR.
                          United States Attorney
                          ROBERT E. DUGDALE
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section

                               /s/
                          JONATHAN GALATZAN
                          Assistant United States Attorney
                          Attorneys for Plaintiff
                          United States of America



DATED: August 3, 2012     COTA & ZEILER, APC

                               /s/
                          ANTONIO A. COTA
                          KERRY P. ZEILER
                          Attorneys for Claimant
                          Hilda Gomez
```